# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Napoleon Medrano

                V.

Retail Alternative Living Lending Center; Wells Fargo Bank, N.A.; Wells Fargo Home Mortgage; U.S. Bank, N.A. and Does 1 through 20

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   09CV2809-BTM(JMA)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Court granted Plaintiff leave to file a First Amended Complaint on or before October 24, 2011.  Plaintiff failed to do so. The case is Dismissed.

| November 18, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON November 18, 2011 |

[Case Number]